IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**KATHRYN MCDANIEL-BOWEN**                                                                **PLAINTIFF**

**v.**                            **CASE NO: 4:11CV00495 BSM**

**SUN LIFE AND HEALTH INSURANCE COMPANY**                          **DEFENDANT**

**ORDER OF DISMISSAL**

Upon the parties's joint motion to dismiss [Doc. No. 17], all claims against defendant Sun Life and Health Insurance Company are dismissed with prejudice and each party will bear its own costs, attorneys' fees and expenses.

IT IS SO ORDERED this 17th day of January 2012.

_____
UNITED STATES DISTRICT JUDGE